FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE I. GARCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TOM FELKER, Warden,<br><br>　　　　　Respondent. | NO. SA CV 05-1063 AG (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

　　1.　　Judgment shall be entered dismissing the action with prejudice.

　　2.　　The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: **MARCH 29**, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE