FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE I. GARCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TOM FELKER, Warden,<br><br>　　　　　Respondent. | NO. SA CV 05-1063 AG (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 29, 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE